UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Starr Indemnity and Liability Company,

    Plaintiff,

—v—

Mediterranean Shipping Company S.A., *et al.*,

    Defendants.

19-cv-04088 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

According to the Court's September 12, 2019 order in the above-captioned matter, a post-discovery status conference is scheduled for January 17, 2020 at 3:30 p.m. In light of this deadline, it is hereby ORDERED that by January 13, 2019, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: January 8, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge